PD-0740-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/15/2015 6:23:02 PM
Accepted 6/19/2015 10:55:57 AM
ABEL ACOSTA
CLERK

CAUSE NO. _____

_____

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

_____

COURT OF APPEALS NO. 08-13-00273-CR
TRIAL COURT NO. 20120C10835

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

VANDA VIGIL

Petitioner/ Appellee,

v.

THE STATE OF TEXAS

Respondent/ Appellant.

_____

**MOTION FOR AN EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Petitioner, Vanda Vigil, files this Motion for Extension of Time to File

Petition for Discretionary Review under Tex. R. App. P. 10.1, 10.5(b), and

53.7(f). In support of this motion, Petitioner shows the following:

1.  The Eighth Court of Appeals in El Paso rendered its opinion and
judgment in *The State of Texas v. Vanda Vigil*, No. 08-13-00273-CR,  on
May 15, 2015 and reversed the trial court's judgment.  The petition for
review due date for filing is June 15, 2015.
2.    Petitioner requests an extension of time of thirty days, to July 15, 2015.

This is Petitioner's first request for an extension of time in this case.

3.    Petitioner relies on the following facts as a reasonable explanation for the requested extension of time:

The undersigned has been busy during the months of May and June 2015.

4.    The undersigned has conferred with opposing counsel, who indicated there was no opposition to this request.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

WILLIAM NAVIDOMSKIS
Attorney for Appellant
701 N. St. Vrain
El Paso, Texas 79902
Tex. Bar No. 24053384
Tel. (915) 730-8644
Fax (915) 975-8028
defense@weslawyer.com

**CERTIFICATE OF CONFERENCE**

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Bryant Cabrera, attorney for the State of Texas who indicated that this motion is unopposed**.**

WILLIAM NAVIDOMSKIS

**CERTIFICATE OF SERVICE**

I, William W Navidomskis, hereby certify that on the 15th day of June, 2015, a true and correct amended copy of the foregoing instrument was delivered to the below-named individuals electronically.

Bryant Cabrera
Asst. District Attorney
El Paso County Courthouse
500 E. San Antonio, Room 201
El Paso, Texas 79901
bcabrera@epcounty.com

Dated this 15th day of June, 2015.

WILLIAM NAVIDOMSKIS